UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

```
************************************
                                    *
Donna Cooley                        *
Plaintiff                           *
                                    *
      v.                            *   CIVIL ACTION NO. 05-cv-282-JD
                                    *
N.H. Department of Corrections      *
and N.H. Adult Parole Board         *
Defendants                          *
                                    *
************************************
```

JUDGMENT PURSUANT TO ACCEPTED RULE 68 OFFER OF JUDGMENT

Defendants have made a Rule 68 offer of judgment which has been accepted by Plaintiff.

WHEREFORE, judgment is entered for Plaintiff Donna Cooley against the New Hampshire Adult Parole Board in the amount of $5,000, inclusive of all claims for attorney's fees and costs. The complaint is dismissed with prejudice as to the New Hampshire Department of Corrections.

For NH Adult Parole Board                    For Plaintiff Donna Cooley


  /s/ Nancy J. Smith                           /s/ Donna Cooley
Nancy J. Smith                               Donna Cooley, Plaintiff
Senior Assistant Attorney General


                                               /s/ Michael Sheehan
                                             Michael Sheehan, Esq.
                                             Counsel for Plaintiff



So Ordered:

Dated:  August 8, 2006                         /s/ Joseph A. DiClerico, Jr.
                                             Joseph A. DiClerico, Jr.
                                             Judge